IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS, A BODY POLITIC AND CORPORATE,<br><br>  Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>  Defendants. | Civil Action No.: 1:21-cv-00878<br><br>Honorable Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Sunil R. Harjani |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 8, 2021 [38] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 519 | Honesty Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: July 25, 2022

Respectfully submitted,

*[signature]*

Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

*ATTORNEY FOR PLAINTIFF(S)*

Subscribed and sworn before me by Keith A. Vogt, on this 25 of July, 2022.

Given under by hand and notarial seal.

*[signature]*
NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

"OFFICIAL SEAL"
HANH MY LA
Notary Public, State Of Illinois
My Commission Expires 11/03/2025
Commission No: 941826